AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MONY PREAP, EDUARDO VEGA PADILLA and JUAN LOZANO MAGDALENO <br> *Plaintiff(s)* <br> v. <br> RAND BEERS, Secretary, United States Department of Homeland Security; ERIC J. HOLDER, JR. United States Attorney General; <br> [See Attachment for Remainder of Caption] <br> *Defendant(s)* | Civil Action No. C-13-5754-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rand Beers
Office of the General Counsel
U.S. Department of Homeland Security
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| KEKER & VAN NEST LLP | ASIAN AMERICANS ADVANCING | AMERICAN CIVIL LIBERTITES |
|---|---|---|
| Jon B. Streeter - #101970 | JUSTICE--ASIAN LAW CAUCUS | UNION FOUNDATION OF |
| Stacy Chen - #261822 | Alison E. Pennington - #231861 | NORTHERN CALIFORNIA |
| 633 Battery Street | Anoop Prasad - #250681 | Julia Harumi Mass - #189649 |
| San Francisco, CA 94111-1809 | 55 Columbus Avenue | Jingni (Jenny) Zhao - #284684 |
| Tel: (415) 391-5400 | San Francisco, CA 94111 | 39 Drumm Street |
| jstreeter@kvn.com | Tel: (415) 848-7722 | San Francisco, CA 94111 |
| schen@kvn.com | alisonp@advancingjustice-alc.org | Tel: (415) 621-2493 |
| | aprasad@advancingjustice-alc.org | jmass@aclunc.org; jzhao@aclunc.org |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Richard W. Wieking*

Date: 12/16/2013

*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com

Preap, et al. v. Beers, et al.
Attachment to Summons

(caption continued):

TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, United States Bureau of Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Bureau of Immigration and Customs Enforcement,

        Defendants-Respondents.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MONY PREAP, EDUARDO VEGA PADILLA and JUAN LOZANO MAGDALENO

*Plaintiff(s)*

v.

RAND BEERS, Secretary, United States Department of Homeland Security; ERIC J. HOLDER, JR. United States Attorney General;
[See Attachment for Remainder of Caption]

*Defendant(s)*

Civil Action No.  C-13-5754-YGR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Eric H. Holder, Jr.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| KEKER & VAN NEST LLP | ASIAN AMERICANS ADVANCING | AMERICAN CIVIL LIBERTITES |
|---|---|---|
| Jon B. Streeter - #101970 | JUSTICE--ASIAN LAW CAUCUS | UNION FOUNDATION OF |
| Stacy Chen - #261822 | Alison E. Pennington - #231861 | NORTHERN CALIFORNIA |
| 633 Battery Street | Anoop Prasad - #250681 | Julia Harumi Mass - #189649 |
| San Francisco, CA  94111-1809 | 55 Columbus Avenue | Jingni (Jenny) Zhao - #284684 |
| Tel: (415) 391-5400 | San Francisco, CA  94111 | 39 Drumm Street |
| jstreeter@kvn.com | Tel: (415) 848-7722 | San Francisco, CA  94111 |
| schen@kvn.com | alisonp@advancingjustice-alc.org | Tel: (415) 621-2493 |
|  | aprasad@advancingjustice-alc.org | jmass@aclunc.org; jzhao@aclunc.org |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Richard W. Wieking*

Date:  12/16/2013

*Signature of Clerk or Deputy Clerk*



American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Preap, et al. v. Beers, et al.
<u>Attachment to Summons</u>

(caption continued):

TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, United States Bureau of Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Bureau of Immigration and Customs Enforcement,

        Defendants-Respondents.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| MONY PREAP, EDUARDO VEGA PADILLA and JUAN LOZANO MAGDALENO<br>*Plaintiff(s)*<br>v.<br>RAND BEERS, Secretary, United States Department of Homeland Security; ERIC J. HOLDER, JR. United States Attorney General;<br>[See Attachment for Remainder of Caption]<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   C-13-5754-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Timothy S. Aitken
U.S. Immigration and Customs Enforcement Field Office
630 Sansome Street, Rooom 590
San Francisco, CA  94111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| KEKER & VAN NEST LLP | ASIAN AMERICANS ADVANCING | AMERICAN CIVIL LIBERTITES |
|---|---|---|
| Jon B. Streeter - #101970 | JUSTICE--ASIAN LAW CAUCUS | UNION FOUNDATION OF |
| Stacy Chen - #261822 | Alison E. Pennington - #231861 | NORTHERN CALIFORNIA |
| 633 Battery Street | Anoop Prasad - #250681 | Julia Harumi Mass - #189649 |
| San Francisco, CA  94111-1809 | 55 Columbus Avenue | Jingni (Jenny) Zhao - #284684 |
| Tel: (415) 391-5400 | San Francisco, CA  94111 | 39 Drumm Street |
| jstreeter@kvn.com | Tel: (415) 848-7722 | San Francisco, CA  94111 |
| schen@kvn.com | alisonp@advancingjustice-alc.org | Tel: (415) 621-2493 |
| | aprasad@advancingjustice-alc.org | jmass@aclunc.org; jzhao@aclunc.org |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Richard W. Wieking*

Date:   12/16/2013

*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                              *Server's signature*

                                                  _____
                                                              *Printed name and title*

                                                  _____
                                                              *Server's address*

Additional information regarding attempted service, etc:



Preap, et al. v. Beers, et al.
<u>Attachment to Summons</u>

(caption continued):

TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, United States Bureau of Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Bureau of Immigration and Customs Enforcement,

        Defendants-Respondents.

794414.01

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MONY PREAP, EDUARDO VEGA PADILLA and
JUAN LOZANO MAGDALENO
*Plaintiff(s)*

v.  Civil Action No. C-13-5754-YGR

RAND BEERS, Secretary, United States Department
of Homeland Security; ERIC J. HOLDER, JR. United
States Attorney General;
[See Attachment for Remainder of Caption]
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Gregory J. Archambeault
U.S. Immigration and Customs Enforcement Field Office
880 Front Street, Suite 2232
San Diego, CA 92101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| KEKER & VAN NEST LLP | ASIAN AMERICANS ADVANCING | AMERICAN CIVIL LIBERTITES |
| Jon B. Streeter - #101970 | JUSTICE--ASIAN LAW CAUCUS | UNION FOUNDATION OF |
| Stacy Chen - #261822 | Alison E. Pennington - #231861 | NORTHERN CALIFORNIA |
| 633 Battery Street | Anoop Prasad - #250681 | Julia Harumi Mass - #189649 |
| San Francisco, CA 94111-1809 | 55 Columbus Avenue | Jingni (Jenny) Zhao - #284684 |
| Tel: (415) 391-5400 | San Francisco, CA 94111 | 39 Drumm Street |
| jstreeter@kvn.com | Tel: (415) 848-7722 | San Francisco, CA 94111 |
| schen@kvn.com | alisonp@advancingjustice-alc.org | Tel: (415) 621-2493 |
| | aprasad@advancingjustice-alc.org | jmass@aclunc.org; jzhao@aclunc.org |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: 12/16/2013



*Signature of Clerk or Deputy Clerk*



American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Preap, et al. v. Beers, et al.
<u>Attachment to Summons</u>

(caption continued):

TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, United States Bureau of Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Bureau of Immigration and Customs Enforcement,

        Defendants-Respondents.

794414.01

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MONY PREAP, EDUARDO VEGA PADILLA and
JUAN LOZANO MAGDALENO
*Plaintiff(s)*

v.

RAND BEERS, Secretary, United States Department
of Homeland Security; ERIC J. HOLDER, JR. United
States Attorney General;
[See Attachment for Remainder of Caption]
*Defendant(s)*

Civil Action No. C-13-5754-YGR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
David Marin
U.S. Immigration and Customs Enforcement Field Office
300 North Los Angeles Street, Room 7631A
Los Angeles, CA  90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| KEKER & VAN NEST LLP | ASIAN AMERICANS ADVANCING | AMERICAN CIVIL LIBERTITES |
|---|---|---|
| Jon B. Streeter - #101970 | JUSTICE--ASIAN LAW CAUCUS | UNION FOUNDATION OF |
| Stacy Chen - #261822 | Alison E. Pennington - #231861 | NORTHERN CALIFORNIA |
| 633 Battery Street | Anoop Prasad - #250681 | Julia Harumi Mass - #189649 |
| San Francisco, CA  94111-1809 | 55 Columbus Avenue | Jingni (Jenny) Zhao - #284684 |
| Tel: (415) 391-5400 | San Francisco, CA  94111 | 39 Drumm Street |
| jstreeter@kvn.com | Tel: (415) 848-7722 | San Francisco, CA  94111 |
| schen@kvn.com | alisonp@advancingjustice-alc.org | Tel: (415) 621-2493 |
|  | aprasad@advancingjustice-alc.org | jmass@aclunc.org; jzhao@aclunc.org |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/16/2013

*CLERK OF COURT*
Richard W. Wieking



*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                        *Server's signature*

                                                _____
                                                        *Printed name and title*

                                                _____
                                                        *Server's address*

Additional information regarding attempted service, etc:



Preap, et al. v. Beers, et al.
<u>Attachment to Summons</u>

(caption continued):

TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, United States Bureau of Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Bureau of Immigration and Customs Enforcement,

        Defendants-Respondents.

794414.01