KEKER & VAN NEST LLP
JON B. STREETER - #101970
jstreeter@kvn.com
STACY CHEN - #261822
schen@kvn.com
BETNY TOWNSEND - #284497
btownsend@kvn.com
REESE NGUYEN - #284581
rnguyen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
ALISON PENNINGTON - #231861
alisonp@advancingjustice-alc.org
ANOOP PRASAD - #250681
aprasad@advancingjustice-alc.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 848-7722
Facsimile: (415) 896-1702

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS - #189649
jmass@aclunc.org
JINGNI (JENNY) ZHAO - #284684
jzhao@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiff-Petitioners
MONY PREAP, EDUARDO VEGA PADILLA,
and JUAN LOZANO MAGDALENO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONY PREAP, EDUARDO VEGA PADILLA, and JUAN LOZANO MAGDALENO,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>RAND BEERS, Secretary, United States Department of Homeland Security; ERIC H. HOLDER, JR., United States Attorney General; TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, | Case No. 4:13-cv-05754-YGR<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | United States Bureau of Immigration and Customs Enforcement; GREGORY J. |
| 2 | ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States |
| 3 | Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office |
| 4 | Director, Los Angeles Field Office, United States Bureau of Immigration and Customs |
| 5 | Enforcement, |
| 6 | Defendant-Respondents. |

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809. |

On December 17, 2013, I served the following document(s):

**SUMMONS; COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; INDIVIDUAL PETITIONS FOR WRIT OF HABEAS CORPUS**

**CIVIL CASE COVER SHEET**

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**JOINT CMC STATEMENT**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**PROCEDURAL ORDER FOR IMMIGRATION MANDAMUS CASES**

**STANDING ORDER IN CIVIL CASES**

**ECF REGISTRATION INFORMATION;**

**FILING PROCEDURES (OAKLAND)**

**MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

☑ by **CERTIFIED UNITED STATES MAIL/RETURN RECEIPT REQUESTED** by placing copies in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Timothy S. Aitken
U.S. Immigration and Customs Enforcement
Field Office
630 Sansome Street, Room 590
San Francisco, CA 94111

794496

Executed on December 17, 2013, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Roseann Cirelli
ROSEANN CIRELLI