| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JON B. STREETER- #101970 |
| 2 | jstreeter@kvn.com |
| | STACY CHEN - #261822 |
| 3 | schen@kvn.com |
| | BETNY TOWNSEND - #284497 |
| 4 | btownsend@kvn.com |
| | REESE NGUYEN - #284581 |
| 5 | rnguyen@kvn.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone: (415) 391-5400 |
| 7 | Facsimile: (415) 397-7188 |
| 8 | ASIAN AMERICANS ADVANCING JUSTICE – |
| | ASIAN LAW CAUCUS |
| 9 | ALISON PENNINGTON - #231861 |
| | alisonp@advancingjustice-alc.org |
| 10 | ANOOP PRASAD - #250681 |
| | aprasad@advancingjustice-alc.org |
| 11 | 55 Columbus Avenue |
| | San Francisco, CA 94111 |
| 12 | Telephone: (415) 848-7722 |
| | Facsimile: (415) 896-1702 |
| 13 | |
| | AMERICAN CIVIL LIBERTIES UNION |
| 14 | FOUNDATION OF NORTHERN CALIFORNIA |
| | JULIA HARUMI MASS - #189649 |
| 15 | jmass@aclunc.org |
| | JINGNI (JENNY) ZHAO - #284684 |
| 16 | jzhao@aclunc.org |
| | 39 Drumm Street |
| 17 | San Francisco, CA 94111 |
| | Telephone: (415) 621-2493 |
| 18 | Facsimile: (415) 255-8437 |
| 19 | Attorneys for Plaintiff-Petitioners |
| | MONY PREAP, EDUARDO VEGA PADILLA, |
| 20 | and JUAN LOZANO MAGDALENO |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 23 | MONY PREAP, EDUARDO VEGA PADILLA, and JUAN LOZANO MAGDALENO, | Case No. 4:13-cv-05754-YGR |
| 24 | | **CERTIFICATE OF SERVICE** |
| 25 | Plaintiff-Petitioners, | |
| | v. | |
| 26 | | |
| 27 | RAND BEERS, Secretary, United States Department of Homeland Security; ERIC H. HOLDER, JR., United States Attorney General; TIMOTHY S. AITKEN, Field | |
| 28 | Office Director, San Francisco Field Office, | |

| | |
|---|---|
| 1 | United States Bureau of Immigration and Customs Enforcement; GREGORY J. |
| 2 | ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States |
| 3 | Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office |
| 4 | Director, Los Angeles Field Office, United States Bureau of Immigration and Customs |
| 5 | Enforcement, |
| 6 | Defendant-Respondents. |

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809. |

On December 17, 2013, I served the following document(s):

**SUMMONS; COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; INDIVIDUAL PETITIONS FOR WRIT OF HABEAS CORPUS**

**CIVIL CASE COVER SHEET**

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**JOINT CMC STATEMENT**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**PROCEDURAL ORDER FOR IMMIGRATION MANDAMUS CASES**

**STANDING ORDER IN CIVIL CASES**

**ECF REGISTRATION INFORMATION;**

**FILING PROCEDURES (OAKLAND)**

**MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

☑ by **CERTIFIED UNITED STATES MAIL/RETURN RECEIPT REQUESTED** by placing copies in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

David Marin
U.S. Immigration and Customs Enforcement
Field Office
300 N. Los Angeles Street, Room 7631A
Los Angeles, CA 90012

794496

3
CERTIFICATE OF SERVICE
CASE NO. 4:13-cv-05754-YGR

Executed on December 17, 2013, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

          */s/ Roseann Cirelli*
          ROSEANN CIRELLI