1  KEKER & VAN NEST LLP
   JON B. STREETER- #101970
2  jstreeter@kvn.com
   STACY CHEN - #261822
3  schen@kvn.com
   BETNY TOWNSEND - #284497
4  btownsend@kvn.com
   REESE NGUYEN - #284581
5  rnguyen@kvn.com
   633 Battery Street
6  San Francisco, CA  94111-1809
   Telephone:  (415) 391-5400
7  Facsimile:  (415) 397-7188

8  ASIAN AMERICANS ADVANCING JUSTICE –
   ASIAN LAW CAUCUS
9  ALISON PENNINGTON - #231861
   alisonp@advancingjustice-alc.org
10 ANOOP PRASAD - #250681
   aprasad@advancingjustice-alc.org
11 55 Columbus Avenue
   San Francisco, CA  94111
12 Telephone:  (415) 848-7722
   Facsimile:  (415) 896-1702

13 AMERICAN CIVIL LIBERTIES UNION
14 FOUNDATION OF NORTHERN CALIFORNIA
   JULIA HARUMI MASS - #189649
15 jmass@aclunc.org
   JINGNI (JENNY) ZHAO - #284684
16 jzhao@aclunc.org
   39 Drumm Street
17 San Francisco, CA  94111
   Telephone:  (415) 621-2493
18 Facsimile:  (415) 255-8437

19 Attorneys for Plaintiff-Petitioners
   MONY PREAP, EDUARDO VEGA PADILLA,
20 and JUAN LOZANO MAGDALENO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONY PREAP, EDUARDO VEGA PADILLA, and JUAN LOZANO MAGDALENO,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>RAND BEERS, Secretary, United States Department of Homeland Security; ERIC H. HOLDER, JR., United States Attorney General; TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, | Case No. 4:13-cv-05754-YRG<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | United States Bureau of Immigration and Customs Enforcement; GREGORY J. |
| 2 | ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States |
| 3 | Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office |
| 4 | Director, Los Angeles Field Office, United States Bureau of Immigration and Customs |
| 5 | Enforcement, |
| 6 | Defendant-Respondents. |

CERTIFICATE OF SERVICE
CASE NO. 4:13-cv-05754-YRG

794496

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809. |
| 3 | |
| 4 | |
| 5 | On December 12, 2013, I served the following document(s): |
| 6 | **COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; INDIVIDUAL PETITIONS FOR WRIT OF HABEAS CORPUS** |
| 7 | |
| 8 | **SUMMONS** |
| 9 | **CIVIL CASE COVER SHEET** |
| 10 | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| 11 | **JOINT CMC STATEMENT** |
| 12 | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 13 | |
| 14 | **PROCEDURAL ORDER FOR IMMIGRATION MANDAMUS CASES** |
| 15 | **STANDING ORDER IN CIVIL CASES** |
| 16 | ☑ by regular **REGISTERED UNITED STATES MAIL** by placing Original in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit. |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Rand Beers<br>Office of the General Counsel<br>U.S. Department of Homeland Security<br>Mail Stop 3650<br>Washington, DC 20528 |
| 22 | |
| 23 | |

1 Executed on December 12, 2013, at San Francisco, California.

2 I declare under penalty of perjury under the laws of the State of California that the above is true
3 and correct.

                                          */s/Cynthia Hernandez*
                                          Cynthia Hernandez