| 1 | KEKER & VAN NEST LLP
JON B. STREETER- #101970
jstreeter@kvn.com
STACY CHEN - #261822
schen@kvn.com
BETNY TOWNSEND - #284497
btownsend@kvn.com
REESE NGUYEN - #284581
rnguyen@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
ALISON PENNINGTON - #231861
alisonp@advancingjustice-alc.org
ANOOP PRASAD - #250681
aprasad@advancingjustice-alc.org
55 Columbus Avenue
San Francisco, CA  94111
Telephone:  (415) 848-7722
Facsimile:  (415) 896-1702

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS - #189649
jmass@aclunc.org
JINGNI (JENNY) ZHAO - #284684
jzhao@aclunc.org
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437

Attorneys for Plaintiff-Petitioners
MONY PREAP, EDUARDO VEGA PADILLA,
and JUAN LOZANO MAGDALENO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONY PREAP, EDUARDO VEGA PADILLA, and JUAN LOZANO MAGDALENO,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>RAND BEERS, Secretary, United States Department of Homeland Security; ERIC H. HOLDER, JR., United States Attorney General; TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, | Case No. 4:13-cv-05754-YGR<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | United States Bureau of Immigration and Customs Enforcement; GREGORY J. |
| 2 | ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States |
| 3 | Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office |
| 4 | Director, Los Angeles Field Office, United States Bureau of Immigration and Customs |
| 5 | Enforcement, |
| 6 | Defendant-Respondents. |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Reese Nguyen \| SBN: 284581 <br> Keker & Van Nest LLP <br> 633 Battery Street, 4th Floor   San Francisco, CA 94111 <br> TELEPHONE NO.: (415) 391-5400 \| FAX NO. (415) 397-7188 \| E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff-Petitioners: | FOR COURT USE ONLY |
|---|---|
| **United States District Court** <br> STREET ADDRESS: 450 Golden Gate Avenue <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Francisco, CA 94102 <br> BRANCH NAME: Northern District of California | |
| PLAINTIFF/PETITIONER: MONY PREAP, et al. <br> DEFENDANT/RESPONDENT: RAND BEERS, Secretary, United States Department of Homeland Security, et al. | CASE NUMBER: <br> 3:13-CV-05754 |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> HOCA |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF; INDIVIDUAL PETITIONS FOR WRIT OF HABEAS CORPUS; CIVIL COVER SHEET; JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; PROCEDURAL ORDER FOR IMMIGRATION MANDAMUS CASES; STANDING ORDER IN CIVIL CASES; ECF REGISTRATION INFORMATION HANDOUT; FILING PROCEDURES (OAKLAND)**

PARTY SERVED: **HON. MELINDA HAAG, U.S. ATTORNEY'S OFFICE**
PERSON SERVED: **May Ross - Receptionist**
DATE & TIME OF DELIVERY: **12/17/2013 4:06 PM**
ADDRESS, CITY, AND STATE: **450 Golden Gate Avenue, 11th floor San Francisco, CA 94102**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 60.00
  County: **San Francisco**
  Registration No.: **1068**
  **Specialized Legal Services, Inc.**
  **1112 Bryant St., Suite 200**
  **San Francisco, CA 94103**
  **(415) 357-0500**
  **Ref: HOCA**

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 20, 2013**

Signature: _____
Chris Sparks

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]  Order#: P111569/General