KEKER & VAN NEST LLP
JON STREETER - #101970
jstreeter@kvn.com
STACY CHEN - #261822
schen@kvn.com
BETNY A. TOWNSEND - #284497
btownsend@kvn.com
THERESA H. NGUYEN - #284581
rnguyen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188

ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
ALISON PENNINGTON - #231861
alisonp@advancingjustice-alc.org
ANOOP PRASAD - #250681
aprasad@advancingjustice-alc.org
55 Columbus Avenue
San Francisco, CA  94111
Telephone:  (415) 848-7722
Facsimile:  (415) 896-1702

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS - #189649
jmass@aclunc.org
JINGNI (JENNY) ZHAO - #284684
jzhao@aclunc.org
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437

Attorneys for Plaintiffs-Petitioners
MONY PREAP, EDUARDO VEGA PADILLA,
and JUAN LOZANO MAGDALENO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONY PREAP, EDUARDO VEGA PADILLA, and JUAN LOZANO MAGDALENO,<br><br>    Plaintiffs-Petitioners,<br><br>    v. | Case No. 4:13-cv-05754-YGR<br><br>**STATEMENT OF RECENT DECISION**<br><br>Ctrm:  5<br>Judge:  Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| JEH JOHNSON, Secretary, United States Department of Homeland Security;[1] ERIC H. HOLDER, JR., United States Attorney General; TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, United States Bureau of Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Bureau of Immigration and Customs Enforcement, | Date Filed: December 12, 2013<br><br>Trial Date: Not Set |
| Defendants-Respondents. | |

---

[1] Jeh Johnson was sworn in as Secretary of the U.S. Department of Homeland Security on December 23, 2013. Pursuant to Federal Rule of Civil Procedure 25(d), he is substituted as a defendant in place of Rand Beers, Acting Secretary of the U.S. Department of Homeland Security.

1  As permitted by Civil Local Rule 7-3(d)(2), in connection with pending motions before this Court, Plaintiffs respectfully submit as Exhibit A the judicial opinion in *Khoury v. Asher*, No. C13-1367-RAJ (W.D. Wash. March 11, 2014). The *Khoury* opinion addresses issues also before this Court that will be heard in this case on Tuesday, March 18, 2014.  *See* Pls.' Mot. for Class Certification (Dkt. No. 8), Pls.' Mot. for Prelim. Inj. (Dkt. No. 23), and Def.'s Mot. to Dismiss (Dkt. No. 24).  In *Khoury*, the court grants the plaintiffs' motion for class certification, denies the defendants' motion to dismiss, and terminates the plaintiffs' motion for injunctive relief without prejudice to renew a request for permanent injunction.  *See* Ex. A, 23-24.

Plaintiffs additionally submit as Exhibit B the March 7, 2014 order of Immigration Judge Anthony S. Murry, granting bond to Plaintiff-Petitioner Eduardo Vega Padilla.

Dated:  March 13, 2014                           KEKER & VAN NEST LLP

                                        By:     */s/ Jon Streeter*
                                                JON STREETER
                                                STACY CHEN
                                                BETNY A. TOWNSEND
                                                THERESA H. NGUYEN

                                                AMERICAN CIVIL LIBERTIES UNION
                                                FOUNDATION OF NORTHERN CALIFORNIA
                                                JULIA HARUMI MASS
                                                JINGNI (JENNY) ZHAO

                                                ASIAN AMERICANS ADVANCING JUSTICE –
                                                ASIAN LAW CAUCUS
                                                ALISON PENNINGTON
                                                ANOOP PRASAD

                                                *Attorneys for Plaintiffs-Petitioners*
                                                *MONY PREAP, EDUARDO VEGA PADILLA, and*
                                                *JUAN LOZANO MAGDALENO*