# EXHIBIT B

IMMIGRATION COURT
630 Sansome St, 4th Fl
San Francisco, CA 94111

In the Matter of:                    Case No:  A 017 269 800

Eduardo Padula Vega
                Respondent

**IN BOND PROCEEDINGS**

### ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in custody status of the respondent pursuant
to 8 C.F.R. Part 236 and having considered the representations of the Department
of Homeland Security and the respondent, it is HEREBY ORDERED that:

[   ]   The request for a change in custody status of the respondent be denied.

[   ]   The respondent is ordered detained without bond.

[   ]   No jurisdiction pursuant to 236 of the Act.

[ ✓ ]   The request for a change in custody status of the respondent be granted
        and respondent be:

        [ ✓ ]   Released from custody upon posting a bond of $ 1500
                (not less than $1500).

[ ✓ ]   Other:  Obey all laws!

Date:  3/7/14                          _____
                                       Anthony S. Murry
                                       Immigration Judge

Appeal: Reserved/Waived    (A/I/B)    Due by:  _____

_____
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:    [ ] MAIL      [ ✓ ] PERSONAL SERVICE
TO:  [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [ ] ALIEN'S ATTY/REP   [ ✓ ] DHS
DATE:  3/7/14          BY:  COURT STAFF  _____
Attachments:  [ ] EOIR-33   [ ] EOIR-28   [ ] Legal Services List   [ ] Other