**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MONY PREAP**, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**JEH JOHNSON**, *et al.*,<br><br>　　　　Defendants. | **Case No.: 13-CV-5754 YGR**<br><br>**ORDER IN ADVANCE OF ORAL ARGUMENT** |

On December 12, 2013, Plaintiff-Petitioners filed the present action (Complaint.) (Dkt. No. 1.) Plaintiffs assert claims for violations of the Immigration and Nationality Act ("INA") and the Due Process Clause of the Fifth Amendment to the United States Constitution. (*See id.*)

On Tuesday, March 18, 2014, this Court will hear argument on three motions: (1) Plaintiffs' Motion for Preliminary Injunction; (2) Defendants' Motion to Dismiss; and (3) Plaintiffs' Motion for Class Certification. (*See* Dkt. No. 19.) During oral argument the parties should be prepared to address the following:

1. Reports published by the United States General Accounting Office:

    a. "Criminal Aliens: INS' Efforts To Identify and Remove Imprisoned Aliens Need To Be Improved," Testimony Before the Immigration and Claims Subcommittee, Committee on the Judiciary, House of Representatives, July 1997.

    b. "Criminal Aliens: INS' Efforts To Remove Imprisoned Aliens Continue to Need Improvement," Report to the Chairman, Subcommittee on Immigration and Claims, Committee on the Judiciary, House of Representatives, October 1998.

   c. "Criminal Aliens: INS' Efforts To Identify and Remove Imprisoned Aliens Continue to Need Improvement," Testimony Before the Immigration and Claims Subcommittee, Committee on the Judiciary, House of Representatives, February 1999.

2. Any reports made by the Attorney General to Congress pursuant to 8 U.S.C. 1368, including when such reports were made and whether they related to or concerned in any way individuals held pursuant to Section 1226(c). *See* 8 U.S.C. § 1368(b)(1)(A).

**IT IS SO ORDERED**.

Date: March 17, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2