# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONY PREAP**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**JEH JOHNSON**, *et al.*,<br><br>    Defendants. | Case No.: 13-CV-5754 YGR<br><br>**ORDER GRANTING STAY PENDING RESOLUTION OF MOTION FOR CLARIFICATION; PERMITTING PLAINTIFFS' RESPONSE TO REPLY** |

The Court, having received and considered the Government's Motion for Clarification and Stay Pending Clarification (Dkt. No. 51) and briefing in response thereto, hereby **GRANTS** the Government's request for a stay pending resolution of its Motion for Clarification and provides Plaintiffs until July 1, 2014 to file a brief of no more than ten pages in response to the Government's Reply (Dkt. No. 56).

**IT IS SO ORDERED**.

Date: **June 24, 2014**

                                                                             **YVONNE GONZALEZ ROGERS**
                                                                             **UNITED STATES DISTRICT COURT JUDGE**