# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MONY PREAP**, *et al.*, <br><br>    **Plaintiffs,** <br><br>    v. <br><br> **JEH JOHNSON**, *et al.*, <br><br>    **Defendants.** | Case No.: 13-CV-5754 YGR <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR CLARIFICATION** |

On July 11, 2014 the parties to this action appeared before the Court on Defendant's Motion for Clarification of this Court's May 15, 2014 Order. (Dkt. No. 51.) For the reasons stated on the record, Defendant's Motion is **DENIED**.

This terminates Docket Number 51.

**IT IS SO ORDERED**.

Date: **July 11, 2014**

_____
    **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**