KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
aramani@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION – IMMIGRANTS' RIGHTS PROJECT
MICHAEL K. T. TAN - #284869
mtan@aclu.org
39 Drumm Street
San Francisco, CA  94111
Telephone: (415) 343-0779
Facsimile:  (415) 395-0950

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
JULIA HARUMI MASS - #189649
jmass@aclunc.org
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437

ASIAN AMERICANS ADVANCING
JUSTICE – ASIAN LAW CAUCUS
ALISON PENNINGTON - #231861
alisonp@advancingjustice-alc.org
ANOOP PRASAD - #250681
aprasad@advancingjustice-alc.org
JINGNI (JENNY) ZHAO - #284684
jennyz@advancingjustice-alc.org
55 Columbus Avenue
San Francisco, CA  94111
Telephone: (415) 848-7710
Facsimile:  (415) 896-1702

Attorneys for Plaintiffs-Petitioners MONY PREAP,
EDUARDO VEGA PADILLA, and JUAN LOZANO MAGDALENO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MONY PREAP, EDUARDO VEGA PADILLA, and JUAN LOZANO MAGDALENO,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>JEH JOHNSON, Secretary, United States Department of Homeland Security; ERIC H. HOLDER, JR., United States Attorney General; TIMOTHY S. AITKEN, Field Office Director, San Francisco Field Office, United States Bureau of Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, Field Office Director, San Diego Field Office, United States Bureau of Immigration and Customs Enforcement; DAVID MARIN, Field Office Director, Los Angeles Field Office, United | Case No. 4:13-cv-05754-YGR<br><br>**NOTICE OF WITHDRAWAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Date Filed: December 12, 2013<br><br>Trial Date: Not Set |

States Bureau of Immigration and Customs Enforcement,

    Defendants-Respondents.[1]

PLEASE TAKE NOTICE that Theresa H. Nguyen has withdrawn her appearance as counsel for Plaintiffs-Petitioners Mony Preap, Eduardo Vega Padilla and Juan Lozano Magdaleno. Ashok Ramani remains counsel of record for Plaintiffs-Petitioners Mony Preap, Eduardo Vega Padilla and Juan Lozano Magdaleno.

Dated: August 11, 2015    KEKER & VAN NEST LLP

            By: */s/ Ashok Ramani*
               Ashok Ramani

            AMERICAN CIVIL LIBERTIES UNION
            FOUNDATION – IMMIGRANTS' RIGHTS PROJECT
            Michael K. T. Tan

            AMERICAN CIVIL LIBERTIES UNION
            FOUNDATION OF NORTHERN CALIFORNIA
            Julia Harumi Mass

            ASIAN AMERICANS ADVANCING JUSTICE –
            ASIAN LAW CAUCUS
            Alison Pennington
            Anoop Prasad
            Jingni (Jenny) Zhao)

            Attorneys for Plaintiffs-Petitioners
            MONY PREAP, EDUARDO VEGA PADILLA, and
            JUAN LOZANO MAGDALENO

---

[1] Jeh Johnson was sworn in as Secretary of the U.S. Department of Homeland Security on December 23, 2013. Pursuant to Federal Rule of Civil Procedure 25(d), he is substituted as a defendant in place of Rand Beers, Acting Secretary of the U.S. Department of Homeland Security.

966144.01